IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| DONNETTE SMITH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GREEN TREE SERVICING LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 15-cv-07158<br><br>Hon. Manish S. Shah<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, August 27, 2015 at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1719 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then present *Plaintiff's Motion for and Memorandum in Support of Class Certification*.

Respectfully submitted,

**DONNETTE SMITH**, individually and on behalf of all others similarly situated,

Dated: August 17, 2015

By: /s/ Benjamin H. Richman
    One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604

Tel: 312.589.6370
Fax: 312.589.6378

Paul O. Paradis*
pparadis@hhplawny.com
Gina M. Tufaro*
gtufaro@hhplawny.com
Daniel R. Lavoie* (Of Counsel)
dlavoie@hhplawny.com
PARADIS LAW GROUP, PLLC
570 Seventh Avenue, 20th Floor
New York, NY 10018
Tel: (212) 986-4500
Fax: (212) 986-4501

* *Pro hac vice* admission to be filed

*Counsel for Plaintiff Smith and the Putative Class*

**CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, hereby represent that I will cause a copy of ***Plaintiff's Motion for and Memorandum in Support of Class Certification*** to be served on Defendant Green Tree Servicing LLC, by effectuating service on their registered agent on August 17, 2015.

                                                      /s/ Benjamin H. Richman