UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Donnette Smith
                               Plaintiff,

v.                                                    Case No.: 1:15−cv−07158
                                                    Honorable Manish S. Shah

Green Tree Servicing LLC
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2015:

      MINUTE entry before the Honorable Manish S. Shah: The hearing on Plaintiff's Motion for Class Certification [3] set for 8/27/15 at 9:45 a.m. is hereby stricken and no appearance is necessary. Plaintiff's early motion for class certification is noted and will be addressed at the initial status hearing set for 10/16/15 at 9:30 a.m. No later than three business days before the status hearing, the parties shall file a joint initial status report. A template for the Initial Status Report, setting forth the information required, may be found at http://www.ilnd.uscourts.gov/home/JudgeInfo.aspx by clicking on Judge Shah's name and then again on the link entitled 'Initial Status Conferences.' Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.